OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ROGER A. MURRAY
DOB 1975

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 1:06M103A

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 10/3/2006 (Date) in ______ County, in the ______ District of RHODE ISLAND defendant(s) did,

(Track Statutory Language of Offense)
attempt to manufacture methamphetamine, a controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1) & 846 .
I further state that I am a(n) Special Federal Officer, FBI (Official Title) and that this complaint is based on the following facts:

See attached affidavit of Matthew Moynihan, Special Federal Officer, Federal Bureau of Investigation; Detective, Rhode Island State Police.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

MATTHEW MOYNIHAN, SPECIAL FED. OFFICER
Printed Name of Complainant

Sworn to before me and signed in my presence,

10/04/06 at Providence Rhode Island
Date City State

LINCOLN D. ALMOND U.S. Magistrate Judge
Name of Judge Title of Judge

Signature of Judge

**AFFIDAVIT**

I, Matthew Moynihan, do under oath depose and say:

1. I am a member of the Rhode Island State Police (RISP) and have been continuously employed in this capacity for the past nine years. I hold the rank of Detective. I am currently assigned to the Rhode Island State Police/Federal Bureau of Investigation ("FBI") High Intensity Drug Trafficking Area (HIDTA) Task Force comprised of federal, state and local law enforcement officers. I am designated a Special Federal Officer ("SFO) by the FBI. My duties include, but are not limited to, investigation of violations of the Uniform Controlled Substances Act.

2. This affidavit is submitted in support of complaints for:

(a) ROGER A. MURRAY, DOB: 04-26-75, of 315 Shady Valley Road, Coventry, Rhode Island; and

(b) GREGORY M. THOMPSON, DOB 9-16-57, of 2043 Elmwood Avenue, Warwick, RI;

who there is probable cause to believe have attempted to manufacture methamphetamine, a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

3. This affidavit is based upon my own observations, and observations of other Federal agents and HIDTA Task Force members.

4. On October 2, 2006, your affiant sought and obtained a Federal Court-authorized anticipatory search warrant for the residence located at 315 Shady Valley Road, Coventry, Rhode Island. On October 3, 2006, a package containing

approximately 16 pints of iodine was delivered to 315 Shady Valley Road. Roger MURRAY picked up the package and carried it inside the house. Subsequently, Roger MURRAY, his girlfriend and their child all exited the house located at 315 Shady Valley Road and drove off. The search warrant was executed shortly after they left the premises. MURRAY was followed and pulled over by members of law enforcement.

5. On October 3, 2006, pursuant to the execution of the search warrant, the package containing 16 pints of iodine was located within the residence in the rear foyer area. The package had not been opened. The DEA clandestine lab team seized from the detached shed/garage located at 315 Shady Valley Road, two five-gallon pails labeled "Home Depot" with unidentified liquid inside. One pail contained a viscous fluid over a dark fluid. Also seized was a one-gallon jug with an unknown liquid and five bottles of a liquid drain clearer, including liquid Drano. There is no plumbing in the shed/garage. Drano contains sodium hydroxide that can be used to change the PH of various solutions used in clandestine laboratories. This is a method that can be used in the manufacture of methamphetamine. Also seized was a Pocket Pal PH tester. Two pairs of rubber gloves were seized. Gloves may be used to protect surface skin from harmful chemicals. Also seized was a digital scale and a hot plate. Your affiant knows that several methods of manufacturing methamphetamine require applying heat to the solution, known as "cooking meth." Also noted in the shed/garage in the back corner was a fan that had been taped to a hole in the shed wall. When operating, the fan was positioned to blow air out of the garage. There were three doors to the shed/garage

that, if opened, allow ventilation. The manufacture of methamphetamine can create harmful fumes. It is common for clandestine labs to contain a ventilation system to vent harmful chemical fumes. Also seized was a bottle of Thermal Red, a dietary supplement. This contained 120 capsules, each capsule containing 334 mg of Ma Huang (6% ephedrine). Ephedrine is a known precursor for methamphetamine.

6. On October 3, 2006, Roger MURRAY was advised of his Miranda warnings and admitted that he had been asked by Gregory THOMPSON to accept delivery of the package at MURRAY's address at 315 Shady Valley Road. MURRAY stated that THOMPSON was allowed to use the shed/garage on MURRAY's property to extract ephedrine from an herbal plant. MURRAY was advised by THOMPSON, which THOMPSON intended to ship the ephedrine to California where MURRAY assumed that it would be used to manufacture methamphetamine. MURRAY was to be paid for the use of his shed/garage dependent on the sale of the ephedrine.

7. On October 3, 2006, Gregory THOMPSON was advised of his Miranda warnings and admitted that he had attempted to manufacture methamphetamine. THOMPSON stated that he had previous knowledge and had researched the method of manufacturing methamphetamine. THOMPSON stated that he had attempted to extract ephedrine from an herbal plant powder, known as Ma Huang. This attempt had been done at the garage/shed at 315 Shady Valley Road. THOMPSON also advised members of the HIDTA that he had red phosphorous (another reagent used in the manufacture of methamphetamine) at his residence in Warwick. THOMPSON

admitted that he had purchased and had requested that the 16 pints of iodine be shipped to Roger MURRAY's address at 315 Shady Valley Road, for the purpose of manufacturing methamphetamine.

8. Based upon all of the above, I submit there is probable cause to believe that, on or about October 3, 2006, ROGER A. MURRAY and GREGORY M. THOMPSON, attempted to manufacture methamphetamine, a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Matthew Moynihan
Special Federal Officer
Federal Bureau of Investigation
Detective, Rhode Island State Police

Subscribed and sworn to before
me this 4th day of October, 2006,
at Providence, Rhode Island

LINCOLN D. ALMOND
United States Magistrate Judge