AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Roger Murray

APPEARANCE

CASE NUMBER: 1:06M103A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roger Murray

I certify that I am admitted to practice in this court.

10/4/06
*Date*

[signature]
*Signature*

Al Medici
*Print Name* *Bar Number*

1312 Atwood Ave
*Address*

Johnston RI 02919
*City* *State* *Zip Code*

946-3910 942-4918
*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.