UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR No. 06-124-02ML |
| ROGER A. MURRAY | : | |

MOTION TO CONTINUE

Now comes the defendant, by and through counsel, and moves to continue this matter to the Court's February 2007 trial calendar. The grounds for this continuance are that counsel needs additional time to fully review the discovery provided in this case and fully consider and discuss plea options with the defendant. Additionally, counsel will be on paternity leave from December 15, 2006 through January 5, 2007.

Pursuant to the provisions of 18 U.S.C. Sec. 3161(h)(8)(A), the interests of justice are served by the granting of this request as the need for the investigation of the defendant's claims as outlined herein outweigh the interests of the defendant and the government in a speedy trial.

The government, through AUSA Mary Rogers, has indicated it has no objection to the granting of this motion.

ROGER MURRAY
By his attorney,

/s/ Albert E. Medici, Jr., Esq.
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone 401-946-3910

Facsimile 401-942-4918
amedici@medicisciacca.com

CERTIFICATION

I hereby certify that this document was served on all parties hereto by electronic filing.

/s/ Albert E. Medici, Jr., Esq.
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone 401-946-3910
Facsimile 401-942-4918
amedici@medicisciacca.com