UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR No. 06-124-02ML

ROGER A. MURRAY :

## MOTION TO EXTEND TIME

Now comes the defendant, by and through counsel, and moves to extend the time within which to file pre-trial motions in this matter to the January 22, 2007. The grounds for this request are that counsel needs additional time to fully review the discovery provided in this case and fully consider appropriate pre-trial motions.

Pursuant to the provisions of 18 U.S.C. Sec. 3161(h)(8)(A), the interests of justice are served by the granting of this request as the need for the investigation of the defendant's claims as outlined herein outweigh the interests of the defendant and the government in a speedy trial.

The government, through AUSA Mary Rogers, has indicated it has no objection to the granting of this motion.

ROGER MURRAY
By his attorney,

/s/ Albert E. Medici, Jr., Esq.
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone 401-946-3910
Facsimile 401-942-4918
amedici@medicisciacca.com