UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR No. 06-124-02ML

ROGER A. MURRAY :

MOTION TO SEAL

Now comes the defendant, by and through counsel, and moves to seal the plea agreement filed in the instant matter, which was file electronically on January 31, 2007 at 12:37 PM EST and assigned Document No. 22.

In support thereof, the defendant states that the public filing of this document is contrary to the interests of justice.

Assistant United States Attorney Mary Rogers has indicated that the government does not object to the instant motion.

ROGER MURRAY
By his attorney,

/s/ Albert E. Medici, Jr., Esq.
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone 401-946-3910
Facsimile 401-942-4918
amedici@medicisciacca.com